Keary Jack KIMBLE, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 84 SC 370.

Supreme Court of Colorado,
En Banc.

March 11, 1985.

ORDER OF COURT

Upon consideration of the Motion to Dismiss Appeal of Fugitive Appellant filed by counsel for Respondent herein, and now being sufficiently advised in the premises,

It Is This Day Ordered that said Motion shall be, and the same hereby is, Granted, and this case is Dismissed.